1  SEYFARTH SHAW LLP
   Lindsay S. Fitch (SBN 238227)
2  lfitch@seyfarth.com
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone:    (916) 448-0159
4  Facsimile:    (916) 558-4839

5  SEYFARTH SHAW LLP
   Kiran S. Lopez (SBN 252467)
6  klopez@seyfarth.com
   560 Mission Street, 31st Floor
7  San Francisco, California 94105
   Telephone:    (415) 397-2823
8  Facsimile:    (415) 397-8549

9  Attorneys for Defendant
   RANDSTAD INHOUSE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN RUSSELL, an individual<br><br>Plaintiff,<br><br>v.<br><br>RANDSTAD US, LLC, a limited-liability corporation; RANDSTAD INHOUSE SERVICES, LLC, a limited-liability corporation, and DOES 1-50<br><br>Defendants. | Case No. 2:19-CV-00274-JAM-KJN<br>*(Assigned for All Purposes to the Hon. John A. Mendez)*<br><br>**ORDER APPROVING STIPULATION TO EXTEND BY 35 DAYS UPCOMING APRIL 12, 2019 DEADLINE TO FILE JOINT FRCP RULE 26(F) REPORT AND SERVE INITIAL DISCLOSURES**<br><br>San Joaquin County Superior Court<br>Case No. STK-CV-UOE-2019-291<br><br>*Complaint Filed: January 8, 2019*<br>*Removal Filed:   February 13, 2019* |

///

///

///

///

**[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND BY 35 DAYS UPCOMING APRIL 12, 2019 DEADLINE TO FILE JOINT FRCP RULE 26(F) REPORT AND SERVE INITIAL DISCLOSURES**

| | |
|---|---|
| 1 | Having reviewed the Stipulation entered into by and between Plaintiff Stephen Russell ("Plaintiff") and Defendant Randstad Inhouse Services, LLC ("Randstad") (Plaintiff and Randstad are collectively referred to herein as the "Parties"), by and through their counsel of record, wherein the Parties have agreed that the April 12, 2019 deadline to submit the Fed. R. Civ. P. 26(f) joint status report to the Court and the April 12, 2019 deadline to make initial disclosures be extended by thirty-five (35), until May 17, 2019. |

The Parties' Stipulation is **APPROVED**.

**IT IS SO ORDERED**.

Dated: April 1, 2019

/s/ John A. Mendez
John A. Mendez
U.S. District Court Judge

2

**[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND BY 35 DAYS UPCOMING APRIL 12, 2019 DEADLINE TO FILE JOINT FRCP RULE 26(F) REPORT AND SERVE INITIAL DISCLOSURES**