MAYALL HURLEY P.C.
ROBERT J. WASSERMAN (SBN: 258538)
rwasserman@mayallaw.com
VLADIMIR J. KOZINA (SBN: 284645)
vjkozina@mayallaw.com
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 473-3833
Facsimile: (209) 477-4818

Attorneys for Plaintiff
STEPHEN RUSSELL

SEYFARTH SHAW LLP
Lindsay S. Fitch (SBN 238227)
lfitch@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Kiran S. Lopez (SBN 252467)
klopez@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
RANDSTAD INHOUSE SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN RUSSELL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RANDSTAD US, LLC, a limited-liability corporation; RANDSTAD INHOUSE SERVICES, LLC, a limited-liability corporation, and DOES 1-50,<br><br>Defendants. | Case No.: 2:19-CV-00274-JAM-KJN<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>*Complaint Filed: January 8, 2019*<br>*Removal Filed: February 13, 2019* |

# **ORDER**

Having reviewed the Joint Stipulation and Request for Dismissal with Prejudice ("Stipulation") submitted by Plaintiff Stephen Russell and Defendant Randstad Inhouse Services, LLC, by and through their counsel of record, and good cause appearing, the Stipulation is approved. The entire action, including all claims stated therein against all parties, is hereby dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

DATED: 5/3/2019

               /s/ John A. Mendez

               United States District Court Judge